**JASON G. REVZIN, ESQ.**
Nevada Bar No. 008629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
**COUNSEL FOR DEFENDANT TRANS UNION LLC**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| BEVERLY D. WILSON,<br><br>Plaintiff,<br><br>v.<br><br>OMEGA RMS, LLC; BANK OF AMERICA, N.A.; and TRANS UNION, LLC ,<br><br>Defendants. | Case No. 2:17-cv-02002-RFB-NJK<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Beverly D. Wilson ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On July 26, 2017, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is August 16, 2017. The facts alleged in Plaintiff's Complaint date back to May 2010, when Plaintiff allegedly filed bankruptcy. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's credit file and any disputes submitted by Plaintiff. In addition, Trans Union's counsel needs additional time to review Trans Union's documents and respond to the allegations in the Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including September 15, 2017. This is the

1

first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint. The time within which Trans Union must respond to the Complaint has not yet expired.

WHEREFORE, Defendant Trans Union respectfully requests this Court to enter an Order granting this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint and extend the deadline for Trans Union to file its responsive pleading to Plaintiff's Complaint, up to and including September 15, 2017.

DATED: August 7, 2017

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/S/ **JASON G. REVZIN**
Jason G. Revzin
Nevada Bar No. 008629
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: Jason.revzin@lewisbrisbois.com
**COUNSEL FOR TRANS UNION LLC**

/S/ **DAVID H. KRIEGER**
David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
Email: dkrieger@hainesandkrieger.com
**COUNSEL FOR PLAINTIFF**

**ORDER**

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: August 7, 2017

9200310.1/SP/83057/0100/080417